**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

NIKKI MICHELLE BAKER,

Plaintiff,

v. No. 1:26-cv-02354-SCY

DEAN CARROLL and
JOHN DOES 1-4,

Defendants.

**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT AND NOTICE REGARDING CASE MANAGEMENT**

Plaintiff filed a motion to proceed *in forma pauperis* using an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" ("Short Form Application") which did not provide sufficient information for the Court to determine whether Plaintiff is unable to pay the required fees. Doc. 2. The Court ordered Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) Long Form Application. Doc. 4. Instead, Plaintiff paid the filing fee. Doc. 5. The Court, therefore, denies Plaintiff's Short Form Application as moot.

**Notice Regarding Case Management**

Plaintiff has an obligation to prosecute this case. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 F. App'x 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to

prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

Plaintiff also has an obligation to serve Defendant Dean Carroll. *See* Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service"). Plaintiff also has an obligation to serve the John Doe defendants after she learns their names.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), Doc. 2, filed July 21, 2026, is **DENIED AS MOOT.**

**UNITED STATES MAGISTRATE JUDGE**