**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NIKKI MICHELLE BAKER,

Plaintiff,

v. Case No.: 26cv2354 JMR/SCY

DEAN CARROLL,

Defendant.

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter comes before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint, filed September 8, 2026. Doc. 15. Plaintiff seeks leave to file an amended complaint to correct the date of the underlying incident and add facts "to ensure . . . accuracy for the record." *Id.* at 1 ¶ 3. Plaintiff has attached the proposed amended complaint as an exhibit to her motion. *Id.* at 4-16.

Amendments to pleadings are governed by Rule 15(a) of the Federal Rules of Civil Procedure. Parties may amend their pleading once as a matter of course as provided in Rule 15(a)(1) or "[i]n all other cases . . . only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Courts should "freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, the case is in its early stages, as Plaintiff filed her original complaint on July 21, 2026, and Plaintiff is in the process of serving the Defendant. The Court finds the request to amend is well taken and should be granted.

The Court therefore **GRANTS** Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. 15). By **Monday, September 28, 2026**, Plaintiff shall file the Second Amended Complaint as a separate entry on the docket.

**IT IS SO ORDERED.**

Steven C. Yarbrough
United States Magistrate Judge