**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NIKKI MICHELLE BAKER,

Plaintiff,

v. Case No.: 26cv2354 JMR/SCY

DEAN CARROLL,

Defendant.

**ORDER GRANTING MOTION TO EXTEND TIME TO EFFECT SERVICE**

This matter comes before the Court following Plaintiff's Motion for Extension of Time to Effect Service. Doc. 18. Plaintiff filed the complaint in this matter on July 21, 2026, Doc. 1, asserting that Defendant Dean Carroll violated her Fourth Amendment rights pursuant to 42 U.S.C. § 1983.[1] *Id.* Plaintiff has since filed an amended complaint on August 25, 2026, Doc. 13, and second amended complaint on September 21, 2026, Doc. 17, after this Court granted her leave to do so. Doc. 16.

Because Plaintiff filed her complaint on July 21, 2026, the current deadline to effect service upon Defendant Carroll is October 19, 2026. *See* Fed. R. Civ. P. 4(m) (stating that a defendant must be served within 90 days after the complaint is filed). Plaintiff requests a 60-day extension of time to serve Defendant. Doc. 18 ¶ 3. In her Motion, she explains that

> The Clerk of the Court is currently processing a summons for a prior version of the complaint . . . [and] executing service with the prior version while an amendment is actively pending would likely cause severe confusion for the parties, create unnecessary litigation costs, and render service entirely moot[.]

[1] Plaintiff initially named four John Doe Defendants in her complaint, but upon filing her first amended complaint, which only included Defendant Dean Carroll, these Defendants were dismissed. *See* Doc. 9.

*Id.*

Having considered the Motion and record, the Court finds good cause to grant Plaintiff's request for an extension of time to serve Defendant Carroll. *See* Fed. R. Civ. P. 4(m) (requiring courts to extend the period for service upon a showing of good cause). The Court, however, reminds Plaintiff that it is her duty to present a summons to the Clerk for signature and seal. Fed. R. Civ. P. 4(b); *see also* D.N.M.LR-Civ. 4.1 ("A party must prepare the summons on a form available from the Clerk."). Plaintiff is also responsible for serving the summons and copy of the second amended complaint after the Clerk signs, seals, and issues the summons to Plaintiff. Fed. R. Civ. P. 4(b)-(c).

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to Effect Service (Doc. 18) is **GRANTED**. Plaintiff is granted an extension of time up to and including **December 18, 2026**, in which to complete service on Defendant, Dean Carroll. Plaintiff is reminded that failure to serve may result in dismissal of this case without prejudice.

**STEVEN C. YARBROUGH**
**UNITED STATES MAGISTRATE JUDGE**